| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF OKLAHOMA | |
| Case number *(if known)* _____ | Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Burgess Bungalow, LLC** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **73-1574230** |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **818 N. Oak Street** **Guthrie, OK 73044** Number, Street, City, State & ZIP Code | **510 Airport Road** **Guthrie, OK 73044** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Logan** County | **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Burgess Bungalow, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Burgess Bungalow, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | | |
| | When | Case number, if known | |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
       Contact name
       Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Burgess Bungalow, LLC** _____  Case number (*if known*) _____
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Burgess Bungalow, LLC**  Case number (*if known*) _____
  Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 29, 2024**
  MM / DD / YYYY

X **/s/ Calvin Burgess**          **Calvin Burgess**
  Signature of authorized representative of debtor    Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Stephen J. Moriarty**        Date **March 29, 2024**
  Signature of attorney for debtor        MM / DD / YYYY

**Stephen J. Moriarty 6410**
Printed name

**Fellers, Snider et al**
Firm name

**100 N. Broadway, STE 1700**
**Oklahoma City, OK 73102-8820**
Number, Street, City, State & ZIP Code

Contact phone **405-232-0621**    Email address **smoriarty@fellerssnider.com**

**6410 OK**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Burgess Bungalow, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Statement of Monthly Income and Expenses**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 29, 2024**        X **/s/ Calvin Burgess**
                                        Signature of individual signing on behalf of debtor

                                        **Calvin Burgess**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Burgess Bungalow, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF OKLAHOMA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADT Commercial**<br>PO Box 650394<br>Dallas, TX 75265-0394 | | | | | | $6,894.40 |
| **Bank of Oklahoma**<br>6242 E. 41st Street<br>Tulsa, OK 74135 | | | | $2,701,015.00 | Unknown | Unknown |
| **City of Guthrie**<br>PO Box 908<br>101 North Second<br>Guthrie, OK 73044-0908 | | | | | | $20,278.64 |
| **Custom Chiller Mechanical**<br>c/o John Dunn<br>616 South Main<br>Suite 206<br>Tulsa, OK 74119 | | | | | | $42,030.00 |
| **Legacy Bank**<br>2801 W. Memorial Road<br>Oklahoma City, OK 73134 | | | | $5,131,424.23 | Unknown | Unknown |
| **OG&E**<br>PO Box 24990<br>Oklahoma City, OK 73124 | | | | | | $37.41 |
| **ONG**<br>PO Box 219296<br>Kansas City, MO 64121 | | | | | | $152.92 |
| **Tiger, Inc.**<br>Dept. 2192<br>Tulsa, OK 74182 | | | | | | $2,470.96 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma

In re **Burgess Bungalow, LLC**            Case No.
                             Debtor(s)        Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ AS APPROVED BY COURT |
   | Prior to the filing of this statement I have received | $ 5,000.00 |
   | Balance Due | $ AS APPROVED BY COURT |

   On March 28, 2024, Fellers Snider was paid a retainer of $5,000.00. Prior to filing, Fellers Snider was paid fees of $2,310.00 and the filing fee of $1738.00 leaving a retainer balance of $952.00.

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify): **James T. Hunter**

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 1, 2024**                          **/s/ Stephen J. Moriarty**
*Date*                                            **Stephen J. Moriarty 6410**
                                                    *Signature of Attorney*
                                                    **Fellers, Snider et al**
                                                    **100 N. Broadway, STE 1700**
                                                    **Oklahoma City, OK 73102-8820**
                                                    **405-232-0621  Fax: 405-232-9659**
                                                    **smoriarty@fellerssnider.com**
                                                    *Name of law firm*

# United States Bankruptcy Court
## Western District of Oklahoma

In re  **Burgess Bungalow, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Calvin Burgess** | | | **100% of membership interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 29, 2024**

Signature  **/s/ Calvin Burgess**  
**Calvin Burgess**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Oklahoma

In re  **Burgess Bungalow, LLC**   Case No.
Debtor(s)   Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 29, 2024**     **/s/ Calvin Burgess**
**Calvin Burgess**/**Managing Member**
Signer/Title

```
ADT COMMERCIAL
PO BOX 650394
DALLAS TX 75265-0394


BANK OF OKLAHOMA
6242 E. 41ST STREET
TULSA OK 74135


CITY OF GUTHRIE
PO BOX 908
101 NORTH SECOND
GUTHRIE OK 73044-0908


CUSTOM CHILLER MECHANICAL
C/O JOHN DUNN
616 SOUTH MAIN
SUITE 206
TULSA OK 74119


LEGACY BANK
2801 W. MEMORIAL ROAD
OKLAHOMA CITY OK 73134


OG&E
PO BOX 24990
OKLAHOMA CITY OK 73124


ONG
PO BOX 219296
KANSAS CITY MO 64121


TIGER, INC.
DEPT. 2192
TULSA OK 74182
```

# United States Bankruptcy Court
## Western District of Oklahoma

In re **Burgess Bungalow, LLC**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Burgess Bungalow, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March 29, 2024** | **/s/ Stephen J. Moriarty** |
| Date | **Stephen J. Moriarty 6410** |
| | Signature of Attorney or Litigant |
| | Counsel for **Burgess Bungalow, LLC** |
| | **Fellers, Snider et al** |
| | **100 N. Broadway, STE 1700** |
| | **Oklahoma City, OK 73102-8820** |
| | **405-232-0621 Fax:405-232-9659** |
| | **smoriarty@fellerssnider.com** |

# United States Bankruptcy Court
**Western District of Oklahoma**

In re  **Burgess Bungalow, LLC**                                                                  Case No.
                                              Debtor(s)                                                         Chapter  **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**
   1. Gross Income For 12 Months Prior to Filing:                                                             $ **0.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**
   2. Gross Monthly Income                                    $ **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

   3. Net Employee Payroll (Other Than Debtor)                  $ **0.00**
   4. Payroll Taxes                                     **0.00**
   5. Unemployment Taxes                              **0.00**
   6. Worker's Compensation                        **0.00**
   7. Other Taxes                             **0.00**
   8. Inventory Purchases (Including raw materials)        **0.00**
   9. Purchase of Feed/Fertilizer/Seed/Spray        **0.00**
   10. Rent (Other than debtor's principal residence)        **0.00**
   11. Utilities                    **0.00**
   12. Office Expenses and Supplies        **0.00**
   13. Repairs and Maintenance        **0.00**
   14. Vehicle Expenses        **0.00**
   15. Travel and Entertainment        **0.00**
   16. Equipment Rental and Leases        **0.00**
   17. Legal/Accounting/Other Professional Fees        **0.00**
   18. Insurance        **0.00**
   19. Employee Benefits (e.g., pension, medical, etc.)        **0.00**
   20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
|  |  |

   21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
|  |  |

   22. Total Monthly Expenses (Add items 3-21)        $ **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**
   23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)        $ **0.00**